SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**WILLIAM M. McLAREN, OSB #143836**
Assistant United States Attorney
William.McLaren@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
Telephone: (541) 465-6771
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:26-mj-124** |
| **v.** | **MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT** |
| **SOREN EMERY POLZIN,** | |
| **Defendant.** | **UNDER SEAL** |

The United States of America moves the Court for an order sealing the Complaint,

affidavit and Arrest Warrant, this motion and subsequent Order, because, as referenced in the

Affidavit supporting the Complaint, disclosure of the documents at this time may result in the

endangerment of the life or physical safety of an individual, flight from prosecution, the

destruction of or tampering with evidence, intimidation of potential witnesses, and/or otherwise

seriously jeopardize an investigation.

**Motion to Seal Search Complaint and Arrest Warrant**                                              **Page 1**

WHEREFORE, the government requests that this Motion, the Order, and the Complaint, affidavit and Arrest Warrant, be filed under seal.

Dated: May 5, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney


*/s/ William M. McLaren*
WILLIAM M. McLAREN, OSB #143836
Assistant United States Attorney

**Motion to Seal Search Complaint and Arrest Warrant**                    **Page 2**