AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) | |
| v. | ) | |
| SOREN EMERY POLZIN | ) | Case No. |
| | ) | 6:26-mj-124 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____ Lane _____ in the
_____ District of _____ Oregon _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1361 | Depredation of Federal Property |

This criminal complaint is based on these facts:

See the attached Affidavit.

☑ Continued on the attached sheet.

<table>
<tr><td></td><td>By Phone</td></tr>
<tr><td></td><td><em>Complainant's signature</em></td></tr>
<tr><td></td><td>████████ , Special Agent, FBI</td></tr>
<tr><td></td><td><em>Printed name and title</em></td></tr>
</table>

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at  11:52 a.m.  a.m./p.m.

Date:  May 5, 2026

*Judge's signature*

City and state:  Eugene, Oregon

Amy E. Potter, U.S. Magistrate Judge

*Printed name and title*

DISTRICT OF OREGON, ss:                    AFFIDAVIT OF █████████

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, █████████ being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.    I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since December 2022.   My training and experience include investigating federal criminal violations related to child exploitation, child pornography, interstate threatening communication, and depredation of federal property, among other federal violations. Prior to working for the Federal Bureau of Investigation, I worked for the Metropolitan Nashville Police Department where I was a Detective in the Crimes Against Children Unit for three years. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 1361 (Depredation of Federal Property), and I am authorized by law to request a complaint and arrest warrant related violations of those statutes.

2.    I submit this affidavit in support of a criminal complaint charging **Soren Emery POLZIN** with violation of *18 U.S.C. § 1361 – Depredation of Federal Property*, referred to as the "**Target Offense**."   As set forth below, I have probable cause to believe that **POLZIN** committed the **Target Offense** while in the District of Oregon.

3.    This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.   The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, a review of records related to this investigation, communications with others who have

knowledge of the events and circumstances described herein, and information gained through my training and experience.

### Applicable Law

4.    *Title 18 United States Code Section 1361* makes it a federal offense to willfully injure or commit any depredation against any property of the United States, or of any department or agency thereof, or any property which has been or is being manufactured or constructed for the United States, or any department or agency thereof, or to attempt to do so.

### Statement of Probable Cause

5.    On the afternoon of January 30, 2026, a large group of individuals gathered to protest outside the Eugene Federal Building ("EFB") located at 211 E 7th Avenue, Eugene, Oregon 97401.   The event began peacefully and was attended by an estimated several hundred individuals.   In the late afternoon and early evening, protesters began concentrating near the glass windows and revolving doors that serve as the EFB's primary entrances.   Guards with the Federal Protective Services remained stationed inside the EFB to maintain the safety and security of the building from the protesters outside.

6.    As the evening progressed, peaceful protesters began to disperse but many individuals remained in the area, near the EFB's glass infrastructure.   The members of this group banged on the EFB's windows while some attempted to manipulate the building's revolving doors to gain entrance. The building is equipped with video surveillance cameras that monitor activities outside the building. While federal law enforcement officers and federal civilian employees were inside the building, numerous individuals attempted to breach the east and south side of the lobby entrance. At or around 17:30 radio traffic from Eugene Police

**Page  2 – Affidavit of** █████████

Department (EPD) indicated that a window had been broken on the east side of the building in the lobby and protesters were attempting to enter the building.

***Eugene Federal Building window is shattered at 17:52:08 on January 30, 2026***

7.      At or around 17:51, Subject 1 (S1), who investigators believe to be POLZIN, with long dark hair, a red shirt, and blue latex gloves was observed by way of an EFB surveillance camera from Courtyard South standing the south side lobby entrance to the EFB.   I have viewed that surveillance footage and I note that the camera capturing S1's activity is located some distance away from his primary location, there are many individuals depicted near S1, and the footage is slightly darkened based on the time of evening.   However, based on my review and that of other reviewing agents, I believe that S1 carried out a series of actions that resulted in a large windowpane protecting the EFB lobby being shattered, as detailed and depicted below.

8.      Specifically, at approximately 17:51:10, S1 appears to be milling around in the EFB courtyard.   At 17:51:15, S1 walks toward the EFB lobby window, goes behind a pillar, reemerges, and begins banging aggressively on the window with his hand approximately 7 times. It does not appear from my review of the surveillance footage that these strikes caused visible damage to the window.   S1 then appears to step back and kick the window. Again, no damage was observed from this kick.   Then, at 17:52:08, S1 appears to place both hands on vertical metal bars immediately adjacent to the window he was striking.   During that same second, he appears to use the bars to lift himself up and propel his lower body toward the window. Within several seconds, many individuals in the nearby crowd begin to back away or run from the immediate area, including S1.   I believe they are departing because S1 had just shattered the windowpane, as detailed and depicted below.

**Page  3 – Affidavit of** <span style="background:black">&#x2588;&#x2588;&#x2588;&#x2588;&#x2588;</span>

9.      I have also reviewed the surveillance footage captured by a camera inside the EFB lobby during the same moments discussed above.   The vantage point of this camera includes the portion of the lobby directly inside of the windowpane S1 is depicted striking. While the lobby is well-lit, I again note that the camera is located some distance from the windowpane S1 was striking.   It is, in fact, the furthest windowpane from the camera. However, based on my review and the review of other agents, as well as the timing of what is depicted in this surveillance footage, I believe it shows the result of S1's acts detailed and depicted above.

10.      Specifically, at all times before 17:52:08, the furthest windowpane in the lobby appears intact and the floor below it appears clean, as depicted in the below snapshot, which was taken at approximately 17:52:07:



The following second, 17:52:08, which is the same second during which S1 reared back using the vertical bars and propelled himself forward, the windowpane collapses inward and glass shatters onto the floor, as depicted in the zoomed snapshots below, which are drawn from 17:52:08 (at left) and 17:52:09 (at right).   Though it is difficult to observe in these snapshots, the

**Page  4 – Affidavit of** ████████████

video appears to show the pane collapsing inward toward the lobby prior to shattering.



11.     Upon review of the surveillance video after the moments described above, I observed officers within the lobby of the Eugene Federal Building respond to the window S1 appears to have destroyed in an apparent attempt to secure the lobby from entry by the individuals gathered outside near the new opening.   The officers rushed to the shattered window while training their firearms on the opening.   They gather in the immediate location where the broken glass is spread on the floor, as depicted above.   Officers appear to interact with the remaining glass shards in the window, either clearing them or pushing them out from the inside in an apparent effort to deploy non-lethal deterrents to disperse the individuals immediately outside the shattered window.

12.     Based on my review of the above-described videos, I have probable cause to believe, and I do believe, S1 repeatedly attempted to break and ultimately caused the window to the federal building lobby to be shattered, and therefore committed the Target Offense.

**Page  5 – Affidavit of** ████████

***S1 is Identified from Subsequent Surveillance Footage and Investigation***

13.     I began watching several hours of video footage that was obtained from EFB and was able to observe S1 after the damage to the window was done at or around 17:51. The below-depicted individual is captured running away from the area of the damaged window along the south corridor adjacent to the shattered window.



*S1 running down south corridor immediately after shattering window*

14.     As shown above, and consistent with the video of S1 shattering the window pane, he appears to be wearing a red shirt, dark colored jeans, and blue gloves.   From this closer video, it is also clear he has long dark hair and is wearing a brown waist pack. Additionally, in multiple videos captured throughout the afternoon preceding his damage to the window, the end of a brown belt is visible hanging down from S1's waistline.   From my review, I observed S1 approximately 17:40 wearing the same clothing he was wearing after the window break, as depicted below.

**Page  6 – Affidavit of** ███████████



15.    I observed S1 meet up with a female, hereinafter S2, shortly after running down the south corridor following the window being shattered.   From my review of footage preceding the window being shattered, I observed S1 and S2 together throughout the time they are at or near the EFB.



16.    At approximately 17:55 on January 30, shortly after S1 destroys the window, S1 and S2 are observed walking through the Lane County Government parking lot located just south side of the EFB.   This parking lot is in the direction of where S1 is observed running.   S1 and S2 appear to look at a vehicle for a short amount of time, then they both proceed back towards the EFB. At approximately 1823, S1 and S2 are observed walking back towards a vehicle in the Lane County Government parking lot. They appear to enter the vehicle and then the vehicle is observed exiting the parking lot. The vehicle appears to be a dark colored minivan.

**Page  7 – Affidavit of** ███████████

17.      Realizing S1 and S2 departed in a dark colored minivan, I watched the footage

back to see when a similar minivan arrived at the parking lot.   I observed a minivan arriving in

the parking lot at approximately 15:35. The minivan then traveled to the same parking area

where it was observed leaving at 18:23. Once the minivan is parked earlier in the day, the

footage appears to show S1 and S2 exit the minivan along with other individuals and walk

towards the EFB. Depicted below is the still image of the minivan entering the parking lot at

approximately 15:35.

 

18.      Another camera angle from the EFB shows the group walking towards the EFB

from the parking lot.   At approximately 15:45, S1 and S2 walk towards the lobby of the building

from the south side. S1 is wearing dark colored jeans, black and white shoes, a brown striped

long-sleeve shirt, a brown or dark green hat, and a brown type of waist pack with what appears to

be the end of a brown belt hanging from the bottom of his shirt. S2 is wearing black boots, green

pants and a blue tie-dyed shirt with a grey jacket. S2 also has red hair.

**Page  8 – Affidavit of** ██████████



*S1 and S2 arriving and walking to the front of the EFB at approx. 15:45 on January 30, 2026*

19.    While S1 appears to be wearing different clothing when he arrives than when he leaves, the brown waist pack, the shoes and the brown belt remain consistent. S2 remains consistent in her appearance from when they arrive to when they depart.

  

*S1's clothing at 15:45 (left); S1's clothing at 17:40 (center);*
*S1 fleeing shortly after shattering window at 17:51 (right).*

20.    Based on the timing of the minivan arriving at the Lane County Government parking lot and the direction the minivan was traveling; a Grand Jury Subpoena was issued to Lane Transit District (LTD) for camera footage from various bus stops along W 7th Ave. I reviewed footage from the cameras located at Polk Ave and 7th Ave, Chambers St and 7th Ave, and Monroe Ave and 7th Ave for the date January 30, 2026, at or around 15:30 due to the

**Page  9 – Affidavit of** <span style="background:black">████████</span>

minivan arriving at the parking lot at 15:35. After video review I observed the minivan turn on to

W 7th Ave from Chambers Street and head east at approximately 15:30. Shortly after, I viewed

the same van pass the Polk Ave station heading east. Shortly after the Polk Ave sighting, I

observed the same minivan pass the Monroe Ave station heading east on W 7th Ave. Depicted

below are screen shots from the Monroe Ave and W 7th Ave LTD station. The minivan is

traveling east on 7th Ave.

 

21.     From the LTD video, I observed the minivan to be a dark colored Honda Odyssey

with a dark tint strip on the front windshield and visible trash on the front dashboard.

Additionally, there was a distinct triangular dent observed on the rear of the Honda Odyssey. I

could not, however, view the full license plate because, as depicted above, the numbers were

blurry.   Based on agents' review, the first number of the tag appeared to be 3 and the other

numbers appeared to be either 2s or 7s. The license plate was a standard Oregon license plate.

Based on generic features of the Honda Odyssey, to include the position of headlights and fog

**Page  10  – Affidavit of** ████████████

lights, and other exterior features, investigators believed the van to be between a 2011 and 2017 model.

22.     On February 13, 2025, FBI requested a Department of Motor Vehicle (DMV) search for a list of Honda Odyssey's registered in Lane County, Oregon between the years 2011-2017. DMV returned an excel spreadsheet that included valid, expired, and cancelled registration information.

23.     Upon closer observation of the Honda Odyssey for certain distinct features in an attempt to narrow down the possible minivans, agents noted the shape of the headlights and fog lights, agents determined that the Honda Odyssey was likely a 2011–13 "Touring" model.

24.     Oregon license plates traditionally appear in a sequence ###ABC. According to the photograph of the Honda Odyssey from the LTD footage, investigators believed that the license plate began with a 3 and likely the next two numbers were 2s or 7s. Other agents reviewing the photograph believed the first letter to be an L due in part to the fact that it appeared to blend in with the tree in the middle of the license plate. Accordingly, the spreadsheet mentioned above that listed all of the returns for different Honda Odysseys was reviewed for any tags that appeared as follows: 3[2 or 7][2 or 7]L[?][?].   Using this a starting point, agents noted an expired Oregon plate on the DMV returns with the tag number ███LYM. This plate was registered to a 2012 Touring model Honda Odyssey which was consistent with the research into the van based on photographs from LTD.

25.     An FBI Task Force Officer with the Oregon State Police (OSP) entered the tag into their License Plate Reader (LPR) system. The OSP LPR system generated one hit for the Oregon license plate ███LYM: a rear shot of a Honda Odyssey with a distinct triangular dent on the back that closely resembled the rear of the van of interest observed in the LTD footage.

**Page  11  – Affidavit of** ███████

When investigators went back to capture and save this image from the OSP system on February 16, 2026, it was then outside of the 30-day limit window and was thus not available and had been "written over." According to OSP, there is a 30-day window where their system saves images from LPR's.   If it is outside the window, the image automatically deletes and gets written over in order to preserve space on their system.   Despite this image's current unavailability, reviewing agents, including myself, are certain that it depicted a Honda Odyssey with a distinct triangular dent on its back side.

26.     DMV information for Oregon license plate ███LYM was requested by FBI. Adult Witness 1 (hereafter, "AW1") was a registered driver of the vehicle and the address associated with the vehicle was XX336 Forest Hill Lane, Eugene, Oregon 97405, hereinafter "Polzin's Residence."   The van is hereinafter referred to as AW1's Vehicle

27.     FBI conducted open source/social media research into AW1, the registered owner of the Honda Odyssey bearing Oregon license plate ███LYM.   A Facebook account was identified that provided a photograph of AW1 with what appeared to be 5 children/teenagers with the following caption: "Highly recommend! When my family and I broke down…", indicating that the individuals in the photograph may be relatives or children of AW1.   One of the individuals in the photograph with AW1 resembled S1, depicted below at left (I did not include the full photograph because it depicts very young minor family members who do not resemble S1).     In addition to the post, the Facebook account also provided a list of the names of the family members, which included two sons, one of whom is Soren Polzin.   DMV checks were conducted for both of AW1's sons, and they returned information including Soren Emery Polzin, date of birth (XX/XX/2007) who resided at the Forest Hills Lane residence detailed above.   This information is current as of April 21, 2026.   Polzin's DMV photograph, depicted

**Page  12  – Affidavit of** ███████

below at right is consistent with the photographs of S1 observed on January 30, 2026, at the EFB.   Based on this information, I believe S1 is Soren Polzin, and he will hereafter be referred to as Polzin.



*Portion of Facebook picture depicting AW1's children, including male son (left); Soren Polzin's DMV picture (right)*

28.    A Facebook account was identified for Polzin. The profile picture of the Facebook account associated with Polzin shows him with long dark hair, wearing a dark green hat with silver around the brim. This hat appears somewhat consistent with the hat that Polzin was wearing on January 30, 2026, at the EFB.




*Soren Polzin's Facebook profile picture (left); S1 on January 30, 2026 at the EFB (right)*

**Page  13  – Affidavit of** ███████

29.    Additionally, an Instagram account was found to likely be associated with Polzin. In the bio section of the Instagram, it stated "weed" and "taken ███████████████████", indicating that this user mentioned in the bio may be Polzin's significant other. Upon review of the Instagram account ████████████████, there were numerous photographs of Polzin. Additionally, there was a post, dated June 15, 2024, that depicts a female wearing a blue tie-dyed t-shirt that appears consistent with the t-shirt S2 was wearing on January 30, 2026. Depicted below at left is the photograph on the Instagram page from June 15, 2024, and the photograph of S2 at the EFB on January 30, 2026, at right.



*████████████████ in a June 15, 2024 post (left);*
*S2 on January 30, 2026 at the EFB (right)*

30.    Another post was observed dating February 15, 2025, that depicted a dark green hat with silver around the brim hanging on a TV in the background of the Instagram Post for user ████████████████.

**Page 14 – Affidavit of** ████████████



*Instagram post from February 15, 2025, with a distinctly-rimmed hat (left); S1 arriving to the EFB on January 30, 2026 (right)*

31. A Facebook account was identified as belonging to S2 that was linked to the Instagram account. The name associated with the Facebook account was ██████████ A DMV check was conducted for that name. Records from DMV identified ████████ date of birth (XX/XX/2006) with an address the same as Polzin's Residence. Based on this information, I believe S2 is ████████ and she will hereafter be referred to as ████.

32. On February 26, 2026, investigators with the Department of Homeland Security conducted a fly over at Polzin's Residence. The fly over was done in a helicopter operated by a pilot and sensor operator. The video was recorded at approximately 6,000 feet above ground. A Honda Odyssey was observed at Polzin's Residence that was consistent with the Honda Odyssey observed on January 30, 2026. The features are similar to include the tint strip on the front windshield as well as the trash in the front dashboard still appears to be present.

**Page 15 – Affidavit of** ████████



*Fly over photograph from Polzin's Residence on February 26, 2026.*

**_Identification of Polzin's Cell Phone_**

33.    Upon identifying Polzin, local law enforcement partners in Lane County were contacted about any history or prior reports involving Polzin. Lane County Sheriff's Office reported that they had responded to a call for service in 2022 in which Polzin was contacted at Polzin's Residence.   Polzin listed a cell phone number XXX-XXX-1237 in the report in which he used to contact his mother about an incident that had occurred at Polzin's Residence. Based on this report, I believe Polzin has possessed a cell phone since at least 2022 and, based on my training and experience, I believe Polzin would likely have had it in his possession during the events of January 30, 2026.   This is because I know individuals who own cell phones rarely leave them for any extended time period.   Additionally, given that Polzin arrived with several other individuals in a vehicle, separated from them, and met back with them to depart, I have probable cause to believe, and I do believe Polzin likely possessed his cell phone to coordinate departure or in the event Polzin and the other members of the vehicle in which he arrived became separated.

**Page  16  – Affidavit of** █████████

34.     Additionally, on March 12, 2026, a Federal Grand Jury subpoena was issued to Meta Platforms, Inc. for the subscriber information for the social media accounts associated with S1. On March 19, 2026, returns were received which indicated the name associated with the Facebook account to be Soren Polzin and with the same address of Polzin's Residence. There was a phone number associated to the account of XXX-XXX-1232.   This number resolves to a Metro PCS Communications phone number and has been active since January 17, 2026.   This number is not the same as the cell phone number associated with Polzin in 2022.   Based on my training, knowledge, and experience, I know individuals may change numbers upon changing cell phone providers or plans.   I believe Polzin maintains one of the above two cell phones and keeps it on this person, and that is Polzin's Cell Phone.

***Surveillance Efforts at the Polzin's Residence and of AW1's Vehicle***

35.     On March 30, 2026, investigators with the FBI conducted surveillance outside the Polzin's Residence where they observed a silver Honda Odyssey bearing Oregon license plate ▮▮▮LYM leave the Polzin's Residence.   Special Agents observed a distinct triangular dent on the back of the van as well as papers and trash in the front dash of the van.   Agents looked through the windows of the van, which was parked on public streets, and observed clutter, trash, clothing items, and face masks (I note that the face masks observed were not consistent with the mask Polzin was wearing in the surveillance footage from the EFB).   Photos below depict the van on March 30, 2026, during surveillance.

**Page 17 – Affidavit of** ▮▮▮▮▮▮▮




36.     During surveillance, FBI observed a woman driving the van.   She was the sole occupant.   Agents identified her as AW1, the mother of Polzin. AW1 is the registered owner of the van and her current address is the same as Polzin's Residence.   Below at left is a photograph taken during surveillance.   Below at right is an image from AW1's DMV records.




37.     Polzin's Residence is located down a long driveway with a gate halfway down the driveway preventing investigators from viewing the residence.   Further, surveilling investigators were only able to view vehicles coming and going from the driveway of the residence. Additionally, there is significant vegetation and other natural objects that surround the property,

**Page  18 – Affidavit of** ██████████

as shown in the satellite imagery shown below, the first of which depicts the entire property, with a red marker on the primary building in Polzin's Residence.   It shows Forest Hills Lane running south of a wooded area the obstructs views of the interior of the property from the main road.



Another satellite photograph is depicted below, and shows Polzin's Residence has a primary house, on which the red marker is placed, as well as a number of outbuildings and vehicles, including one vehicle consistent with AW1's Vehicle, depicted toward the bottom-left.



Due to these factors, attempts to surveil and determine whether Polzin resides at Polzin's Residence were unsuccessful.

**Page  19  – Affidavit of** <span style="background:black">████████</span>

38.     On the day of April 21, 2026, investigators were conducting routine investigative activities to determine Polzin's location.   They accessed an ungated drive that proceeds behind Polzin's Residence and is not the driveway to Polzin's Residence.   Investigators observed no signs barring entrance to this road and instead saw a sign for a business that is located at the end of the drive, past Polzin's Residence.   Open-source searches reveal that the business indicated on the sign is a wellness and spirituality retreat center that hosts community and group events. From this drive, surveilling agents were able to observe the yard of Polzin's Residence.   They viewed an individual in the yard playing frisbee as well as another individual sitting and apparently using a cell phone.   Agents observed and determined that individual using the cell phone matched Polzin's description, including his longer brown hair.   An image taken by surveilling agents is depicted below.



Further, while investigators were observing Polzin and the individual playing frisbee at Polzin's Residence, an individual matching ███████████████ description came into view.   She was wearing a blue tie-dye shirt consistent with the one she was wearing on January 30, 2026.

**Page  20 – Affidavit of** ████████████

39.    Based on the information above, agents applied for and obtained a search warrant authorizing the search of Polzin's Residence as well as his person, AW1's Vehicle, and any cellular device located on Polzin's person at the time of the search warrant. That search warrant was signed by the Honorable Amy E. Potter on April 23, 2026 and executed on May 5, 2026.

***Execution of Search Warrant and Evidence Found***

40.    During a search of the residence, agents found a number of distinct items that Polzin was wearing the night of January 30, 2026 at the EFB.   These include the horizontally-striped sweater he was wearing upon arriving to the EFB, the dark shoes with white rubber soles, the brown hat with the silver hemming, and the brown bag Polzin wore at his front as depicted in paragraphs 18 and 19 above.   Additionally, agents located a red shirt with white designs consistent with the red shirt Polzin was wearing when he destroyed the window and ran away, as depicted in paragraphs 13 and 14 above (though I note all depictions of the red shirt from surveillance footage are blurry).   All those items are depicted in the photograph below.



**Page  21  – Affidavit of** ▮▮▮▮▮▮▮

41.    Agents interviewed AW1, who stated that she drove her van to the EFB on January 30 and that Polzin was at the EFB on January 30, 2026.   AW1 stated that she was not aware of and did not see Polzin do any damage to the EFB.

42.    Agents interviewed ███████████ who stated that she was at the EFB on January 30 and was with Polzin at the EFB at that time.   She stated that she was not aware of and did not see Polzin do any damage to the EFB.

## Conclusion

43.    Based on the foregoing, I have probable cause to believe that **POLZIN** committed violations of Title 18 U.S.C. § 1361, Depredation of Federal Property.   I therefore respectfully request that the Court issue a criminal complaint and arrest warrant charging **Soren Emery POLZIN** with the offense.

44.    Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested arrest warrant were all reviewed by Assistant United States Attorney William McLaren.   AUSA McLaren advised me that in his opinion, the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint.

## Request for Sealing

45.    It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested search warrant, including the application, this affidavit, the attachments, and the requested search warrant.   I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution, cause destruction of or tampering

**Page  22  – Affidavit of** ███████████

with evidence, or otherwise seriously jeopardize an investigation.   Premature disclosure of the

contents of the application, this affidavit, the attachments, and the requested search warrant may

adversely affect the integrity of the investigation.


(By telephone) _____

Special Agent
Federal Bureau of Investigation


Sworn to before me telephonically or by other reliable means pursuant to Fed. R. Crim.

P. 4.1 at ___11:52 a.m.___ am/pm on May 5, 2026.


_____
HONORABLE AMY E. POTTER
United States Magistrate Judge


**Page  23 – Affidavit of**